IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| ILDER DE JESUS QUICENO MONTOYA,<br>    #64218-509 | §<br>§<br>§ | |
| VS. | §<br>§ | CIVIL ACTION NO. 4:24cv295<br>CRIMINAL ACTION NO. 4:18cr211 |
| UNITED STATES OF AMERICA | §<br>§ | |

## ORDER OF DISMISSAL

This case was referred to United States Magistrate Judge Kimberly C. Priest Johnson, who issued a Report and Recommendation (Dkt. #10) recommending that the Motion to Vacate, Set Aside, or Correct Sentence be dismissed without prejudice. The Report and Recommendation of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration. No objections having been timely filed, the Court concludes that the findings and conclusions of the Magistrate Judge are correct and adopts the same as the findings and conclusions of the Court.

It is therefore **ORDERED** the Motion to Vacate, Set Aside, or Correct Sentence is **DISMISSED** without prejudice. It is further **ORDERED** a certificate of appeal ability is **DENIED**. All motions by either party not previously ruled on are hereby **DENIED**.

**SIGNED this 2nd day of August, 2024.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE